■ In the Matter of JAMES JOSEPH M., Respondent, v ROSANA R., Appellant. [826 NYS2d 186]—Appeal from orders, Family Court, New York County (George L. Jurow, J.), entered on or about January 6, 2006, which limited respondent mother's visitation with the child to strict supervision by the New York Society for the Prevention of Cruelty to Children, and prohibited the mother from any contact or communication with the child's school, unanimously dismissed as moot, without costs.

Respondent argues that the court abused its discretion by restricting her visitation without granting her a hearing. This issue was rendered moot by a later hearing resulting in dismissal of the father's petition and restoration of respondent's visitation (*see Matter of Jamela B.*, 28 AD3d 478 [2006]), and no exception to the mootness doctrine applies (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Concur—Friedman, J.P., Williams, Gonzalez, Sweeny and McGuire, JJ.

■ In the Matter of NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. KIRK REID et al., Respondents, et al., Respondents. [825 NYS2d 448]—Order, Supreme Court, Bronx County (Yvonne Gonzalez, J.), entered July 6, 2005, which denied the petition to stay arbitration of respondents' uninsured motorist claim, unanimously affirmed, with costs.

There was no genuine triable issue of fact justifying a stay. Neither the police report nor respondents identify the offending vehicle. Moreover, the insurance activity expansion report provided by petitioner failed to establish a preliminary issue that would justify a stay (*cf. Matter of AIU Ins. Co. v Cabreja*, 301 AD2d 448 [2003]). Concur—Friedman, J.P., Williams, Gonzalez, Sweeny and McGuire, JJ.

■ In the Matter of TASHARKA SARGENT, Petitioner, v GLENN S. GOORD et al., Respondents. [823 NYS2d 751]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Nardelli, Gonzalez and Catterson, JJ.